# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TONYA L. SMITH  
2209 CANARY DRIVE, #3  
ROCKFORD, IL  61103  

SSN-xxx-xx-0493

Case Number: 08-70065

Case filed on: 1/10/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,096.11            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 55.94 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 55.94 | 0.00 |
| 044 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TONYA L. SMITH | 0.00 | 0.00 | 57.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 57.69 | 0.00 |
| 001 | ALL ABOUT CARS | 5,000.00 | 5,000.00 | 710.04 | 189.96 |
| 042 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,000.00 | 5,000.00 | 710.04 | 189.96 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY MICHAEL RARIDON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AVALON RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CALCARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CARLYLE AUTO SALES | 3,603.60 | 3,603.60 | 0.00 | 0.00 |
| 011 | COMED CO | 854.87 | 854.87 | 0.00 | 0.00 |
| 012 | COMPREHENSIVE COMMUNITY SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GRANT PARK AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HEIGHTS FINANCE | 741.40 | 741.40 | 0.00 | 0.00 |
| 015 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HOLLYWOOD VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HOLLYWOOD VIDEO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 1,530.00 | 1,530.00 | 0.00 | 0.00 |
| 019 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 322.71 | 322.71 | 0.00 | 0.00 |
| 021 | JACK LENNOX MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MARLENE JOHNOSN | 925.15 | 925.15 | 0.00 | 0.00 |
| 023 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 10,091.25 | 10,091.25 | 0.00 | 0.00 |
| 025 | NATIONAL CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 1,055.32 | 1,055.32 | 0.00 | 0.00 |
| 027 | NURELL CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NUVELL CREDIT COMPANY LLC | 2,418.34 | 2,418.34 | 0.00 | 0.00 |
| 029 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE AGENCY INC | 5,614.38 | 5,614.38 | 0.00 | 0.00 |
| 034 | SAGE TELECOM | 139.83 | 139.83 | 0.00 | 0.00 |
| 035 | ASSET ACCEPTANCE CORP | 881.70 | 881.70 | 0.00 | 0.00 |
| 036 | SECURITY FINANCE | 216.00 | 216.00 | 0.00 | 0.00 |
| 037 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MUTUAL MANAGEMENT SERVICES | 831.28 | 831.28 | 0.00 | 0.00 |
| 039 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | COTTONWOOD FINANICAL | 185.00 | 185.00 | 0.00 | 0.00 |
| 041 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | MARCELLUS SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | AMSHER COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | CRUSADER CENTRAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 051 | HANDYMAN CLUB OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | LACHAPPELLE CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | R & B RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | STATE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | SWEDISH AMERICAN HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 29,410.83 | 29,410.83 | 0.00 | 0.00 |
| | Grand Total: | 37,410.83 | 37,410.83 | 823.67 | 189.96 |

Total Paid Claimant: $1,013.63
Trustee Allowance: $82.48
Percent Paid Unsecured: 0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008      By /s/Heather M. Fagan